[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 14, 2006
THOMAS K. KAHN
CLERK

No.  05-16188

_____

D. C. Docket No. 05-20073-CIV-DLG
BKCY No. 04-01459-BKC-AJ

In Re: LOURDES MARIA RAMON,

                                                          Debtor.

_____

JORGE L. GUERRA,
GAYLE L. GUERRA,

                                                          Plaintiffs-Appellants,

versus

LOURDES MARIA RAMON,

                                                          Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(July 14, 2006)**

Before TJOFLAT and CARNES, Circuit Judges, and HODGES*, District Judge.

PER CURIAM:

Appellants concede that our recent decision in <u>Guerra v. Ramon</u>, F.3d \_\_\_\_ (11th Cir. June 12, 2006), controls our disposition of this appeal.  We agree.  The judgment of the district court is accordingly

AFFIRMED.

_____
*Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of Florida, sitting by designation.